Case 11-03191   Document 53   Filed in TXSB on 05/20/11   Page 1 of 3
Case 11-03191   Document 30   Filed in TXSB on 04/29/11   Page 1 of 3
Case 11-03191   Document 14   Filed in TXSB on 04/28/11   Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Royce Homes, L.P | § | Case No. 09-32467-H4-7 |
| Debtor | § | |
| | § | CHAPTER 7 |
| ******************************** | § | |
| | § | |
| Rodney Tow, Trustee | § | |
| Plaintiff | § | |
| | § | Adversary No. 11-03191 |
| vs. | § | |
| | § | |
| John H. Speer, Amegy Bank, N. A., | § | |
| Amegy Mortgage Company LLC, | § | |
| Michael Manners, Donnie Lou Speer, | § | |
| Vestalia, LLC, Hammersmith Group, | § | |
| LLC f/k/a Hammersmith Group, Inc., | § | |
| Park Lake Communities, L.P., | § | |
| Watermark Land, LLC, Watermark | § | |
| Land, LP, Watermark Tortuga, LLC, | § | |
| Allard Investment Company, L.L.C., | § | |
| DWM Holdings, Inc., MGM Motor | § | |
| Sports, L.L.C., Saracen Holdings, Inc. | § | |
| and George Kopecky | § | |
| Defendants | | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk of Court:
United States Bankruptcy Court Southern District of Texas (Houston Division)
Clerk of Court
515 Rusk

Case 11-03191   Document 53   Filed in TXSB on 05/20/11   Page 2 of 3
Case 11-03191   Document 30   Filed in TXSB on 04/29/11   Page 2 of 3
Case 11-03191   Document 14   Filed in TXSB on 04/28/11   Page 2 of 3

Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Address of Plaintiff's Attorney:
Michael Duncan
Cage Hill and Niehaus, LLP

5851 San Felipe St # 950
Houston, TX 77005

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DAVID J. BRADLEY

_____ (Clerk of the Bankruptcy Court)

Date: 4/29, 2011        By: _____ (Deputy Clerk)

### CERTIFICATE OF SERVICE

I, Erin E. Jones, certify that service of this summons and a copy of the complaint was made on Watermark Land, LLC on ~~May~~ April 29, 2011 by:

[X]   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Watermark Land, LLC
c/o Registered Agent
21408 Provincial Blvd
Katy, Texas 77450.

[ ]   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ]   Residence Service: By leaving the process with the following adult at:

Case 11-03191   Document 53   Filed in TXSB on 05/20/11   Page 3 of 3
Case 11-03191   Document 30   Filed in TXSB on 04/29/11   Page 3 of 3
Case 11-03191   Document 14   Filed in TXSB on 04/28/11   Page 3 of 3

[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: n/a

[ ]   Publication: The defendant was served as follows: n/a

[ ]   State Law: The defendant was served pursuant to the laws of the State of Texas, as follows: n/a

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: May April 29, 2011          Signature: _____

                                  Print Name: Erin E. Jones

**Business Address:**
Erin E. Jones
Jones Morris Klevenhagen, LLP
6363 Woodway Suite 570
Houston, Texas 77075