IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-32467 |
| | § | |
| ROYCE HOMES, L.P. | § | Chapter 7 |
| | § | |
| Debtor. | § | |
| | § | |
| RODNEY TOW, CHAPTER 7 TRUSTEE | § | |
| | § | Adv No. 11-03191 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOHN H. SPEER, AMEGY BANK, N.A. | § | |
| AMEGY MORTGAGE COMPANY LLC | § | |
| MICHAEL MANNERS, DONNIE LOU | § | |
| SPEER, HAMMERSMITH GROUP | § | |
| LLC F/K/A HAMMERSMITH GROUP | § | |
| INC., PARK LAKE COMMUNITIES, L.P. | § | |
| WATERMARK LAND, LLC, | § | |
| WATERMARK LAND, L.P., | § | |
| WATERMARK TORTUGA, LLC | § | |
| ALLARD INVESTMENT COMPANY LLC | § | |
| DWM HOLDINGS, INC., MGM MOTOR | § | |
| SPORTS, LLC, SARACEN HOLDINGS, | § | |
| INC., AND GEORGE KOPECKY | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

The undersigned, Erin E. Jones, hereby certifies that on May 24, 2011 a copy of the executed summons (Docket Nos. 38-55), the Complaint (Docket No. 1) and the Comprehensive Scheduling Order (Docket No. 34) were served via first class US Mail, postage pre-paid as follows:

| | | |
|---|---|---|
| Steve Shurn<br>Hughes Watters Askanse<br>333 Clay, 29th Floor<br>Houston, TX 77002 | George Gibson<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056 | Hammersmith Group, LLC<br>C/o John H. Speer, Registered Agent<br>16427 Telge Road<br>Cypress, TX 77429-7029 |
| Allard Investment Company, L.L.C.<br>17510 Red Oak Drive, Suite 100<br>Houston, TX 77090-1304 | Donnie Lou Speer<br>14322 Darschelle Court<br>Houston, TX 77069 | DWM Holdings, Inc.<br>17510 Red Oak Drive, Suite 100<br>Houston, TX 77090-1304 |
| John H. Speer<br>16427 Telge Road<br>Cypress, TX 77429-7029 | George Kopecky<br>21408 Provincial Blvd.<br>Katy, TX 77450 | Michael Manners<br>17510 Red Oak Drive, Suite 100<br>Houston, TX 77090-1304 |
| MGM Motor Sports LLC<br>17510 Red Oak Drive, Suite 100<br>Houston, TX 77090-1304 | Park Lake Communities, L.P.<br>C/o John H. Speer, Registered Agent<br>16427 Telge Road<br>Cypress, TX 77429-7029 | Saracen Holdings, Inc.<br>17510 Red Oak Drive, Suite 100<br>Houston, TX 77090-1304 |
| Vestalia, LLC<br>c/o Capitol Corporate Services, Inc.<br>800 Brazos, Suite 400<br>Austin, TX 78701 | Watermark Land, LLC<br>c/o Registered Agent<br>21408 Provincial Blvd.<br>Katy, TX 77450 | Watermark Land, LP<br>c/o Registered Agent<br>21408 Provincial Blvd.<br>Katy, TX 77450 |
| Watermark Tortuga LLC<br>c/o James Hunter, Registered Agent<br>6511 Riva Ridge Dr.<br>Richmond, TX 77406 | | |

Dates:  May 25, 2011.

**JONES MORRIS KLEVENHAGEN, LLP**

By: /s/ Erin E. Jones
Erin E. Jones
Texas Bar No. 24032478
Jones Morris Klevenhagen, LLP
6363 Woodway Suite 570
Houston, TX 77057
Telephone:  (713) 589-5061
Telecopier:  (713) 589-5513

**CAGE HILL & NIEHAUS, LLP**

By: */s/ Michael Duncan*
Michael Duncan
Texas Bar No. 06218700
Cage, Hill & Niehaus, L.L.P.
5851 San Felipe, Suite 950
Houston, TX 77057
Telephone:   (713) 789-0500
Telecopier:   (713) 74-0344

**TOW & KOENIG, PLLC**

By: */s/ Julie Koenig*
Julie Koenig
Texas Bar No. 14217300
Rodney Tow
Texas Bar No. 20152500
26219 Oak Ridge Drive
The Woodlands, TX 77380
Telephone:   (281) 681-9100
Telecopier:   (832) 482-3979

**ATTORNEYS FOR RODNEY TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROYCE HOMES, L.P.**