IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, L.P., | § | CASE NO. 09-32467-H4-7 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |
| RODNEY D. TOW, | § | |
| CHAPTER 7 TRUSTEE | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 11-03191 |
| v. | § | |
| | § | |
| JOHN H. SPEER, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER GRANTING VESTALIA, LLC'S
### MOTION TO WITHDRAW THE REFERENCE
(Docket No. ___)

Came on for consideration *Vestalia LLC's Motion to Withdraw the Reference* ("Motion") and after consideration of the Motion, response, and arguments of counsel, if any, finds that cause exists to grant the motion. It is therefore,

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and Adversary No. 11-03191 shall be assigned to the United States District Court for the Southern District of Texas, Houston Division for further proceedings and trial.

Signed this _____ day of _____, 2011.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

*/s/ Steven Shurn*
C. Ed Harrell        TBN #09042500
eharrell@hwa.com
Steven Shurn        TBN: 24013507
sshurn@hwa.com
Simon Mayer        TBN #24060243
smayer@hwa.com
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834
**ATTORNEYS FOR VESTALIA, LLC**