UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **ROYCE HOMES, LP** | § | Chapter 7 Case **09-32467** |
| *Debtor* | § | |
| | § | |
| **RODNEY TOW, TRUSTEE** | § | |
| *Plaintiffs* | § | Adversary No. **11-03191** |
| vs. | § | |
| | § | |
| **JOHN H. SPEER, ET AL** | § | |
| *Defendants* | § | |

# DEFENDANT DWM HOLDINGS, INC.'S DEMAND FOR JURY TRIAL AND NON-CONSENT FOR BANKRUPTCY JURY TRIAL
[*Refers to Docket #1*]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, **DWM HOLDINGS, INC.** and hereby files this Demand for Jury Trial in accordance with Federal Rule of Civil Procedure 38 including, but not limited to, issues related to breach of partnership agreement, breach of fiduciary duty, civil theft, conversion, turnover, unjust enrichment, equitable subordination, constructive trust, fraud and fraudulent transfers.

Defendant does not consent to the bankruptcy judge conducting the jury trial in this matter.

Dated: May 27, 2011.

        **LAW OFFICE OF PETER JOHNSON**

        */s/ Peter Johnson*
      By: _____
        Peter Johnson
        State Bar No. 10778400
        Eleven Greenway Plaza, Suite 2820
        Houston, Texas 77046
        pjohnson@pjlaw.com
        Telephone (713) 961-1200
        ATTORNEY FOR DWM HOLDINGS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Demand for Jury Trial was served the parties required by Local Bankruptcy Rule in this case, either by mailing a copy of the same to all parties entitled to notice on the attached service listing by regular U.S. mail postage prepaid or by electronic notice pursuant to the Local Bankruptcy Rules on May 27, 2011.

*/s/ Peter Johnson*

_____
PETER JOHNSON

## SERVICE LIST PURSUANT TO LOCAL RULE 9013

**11-03191**       Trustee vs. John H. Speer, *et al*

*indicates electronic service-LBR 1001(b)- (Admin Proc CMF/ECF- III-E)

**PLAINTIFF COUNSEL:**

* Michael Duncan on behalf of Plaintiff Rodney Tow
mikedunc@cagehill.com

* Erin E Jones on behalf of Plaintiff Rodney Tow
erin@jonesmorris.com

* Julie Mitchell Koenig on behalf of Plaintiff Rodney Tow
jkoenig@towkoenig.com, sziegler@towkoenig.com;cgloria@towkoenig.com

* Rodney Dwayne Tow on behalf of Plaintiff Rodney Tow
rtow@towkoenig.com, ecf@trustesolutions.com

**ALL OTHER PARTIES TO THE PROCEEDING:**

    George R Gibson on behalf of Defendant Amegy Bank, N.A.
    ggibson@nathansommers.com, lopio@nathansommers.com

    C Ed Harrell on behalf of Defendant John Speer
    eharrell@hwallp.com, kconn@hwa.com

    Steven Douglas Shurn on behalf of Defendant John Speer
    sdsecf@hwallp.com

    Pascal Piazza on behalf of Defendant George Kopecky
    ppp@zbsllp.com