*Nathan Sommers Jacobs* 

May 27, 2011

Mr. David J. Bradley  
District Clerk  
Southern District of Texas - Houston Division  
515 Rusk, 1st floor  
Houston, Texas 77002

By E-Filing

Re: Case No. 09-32467-H4-7 (Chapter 7); *In Re: Royce Homes*, L.P., Debtor

Adversary No. 11-03191; *Rodney Tow, Trustee vs. John H. Speer, Amegy Bank, N.A., Amegy Mortgage Company, L.L.C., Michael Manners, Donnie Lou Speer, Vestalia, L.L.C., Hammersmith Group, L.L.C. f/k/a Hammersmith Group, Inc., Park Lake Communities, L.P., Watermark Land, L.L.C., Watermark Land, L.P., Watermark Land, L.P., Watermark Tortuga, L.L.C., Allard Investment Company, L.L.C., DWM Holdings, Inc., MGM Motor Sports, L.L.C., Saracen Holdings, Inc., and George Kopecky*; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley:

Enclosed please find the following:

(1) **Amegy Bank National Association's and Amegy Mortgage Company, L.L.C.'s Motion to Dismiss Certain Claims in Trustee's Original Complaint Pursuant to FED. R. CIV. P. 12.**

Please confirm receipt in accordance with your electronic filing procedures.

Thank you for your assistance.

Sincerely,

George R. Gibson

GRG:leo  
Enclosures  
W:\Amegy Bank\Royce Homes - Adversary\Court 01e.wpd

c: Notation on following pages

2800 Post Oak Boulevard  
61st Floor  
Houston, Texas 77056  

tel (713) 960-0303  
fax (713) 892-4800  
www.nathansommers.com  

Direct: 713.892.4843  
E-Mail: ggibson@nathansommers.com



Mr. David J. Bradley
May 27, 2011
Page 2

| | | |
|---|---|---|
| c: | Mr. Rodney Tow<br>Ms. Julie Koenig<br>Tow & Koenig, P.L.L.C.<br>26219 Oak Ridge Drive<br>The Woodlands, Texas 77380 | By E-Mail (rtow@towkoenig.com) and First Class Mail<br>By E-Mail (jkoenig@towkoenig.com) and First Class Mail |
| | Mr. Michael Duncan<br>Cage Hill & Niehaus, L.L.P.<br>5851 San Felipe, Suite 950<br>Houston, Texas 77057 | By E-Mail (mikedunc@cagehill.com) and First Class Mail |
| | Ms. Erin E. Jones<br>Jones Morris Klevenhagen, L.L.P.<br>6363 Woodway, Suite 570<br>Houston, Texas 77057 | By E-Mail (erin@jmkllp.com) and First Class Mail |
| | Mr. Peter Johnson<br>Law Offices of Peter Johnson<br>Eleven Greenway Plaza, Suite 2820<br>Houston, Texas 77046 | By E-Mail (pjlawecf@pjlaw.com) and First Class Mail |
| | Mr. Steven Shurn<br>Mr. C. Ed Harrell<br>Hughes Watters Askanase, L.L.P.<br>333 Clay Street, 29th Floor<br>Houston, Texas 77002 | By E-Mail (sshurn@hwallp.com) and First Class Mail<br>By E-Mail (eharrell@hwallp.com) and First Class Mail |
| | Hammersmith Group, L.L.C.<br>Park Lake Communities<br>c/o Mr. John H. Speer<br>16427 Telge Road<br>Cypress, Texas 77429-7029 | By First Class Mail |
| | Ms. Donnie Lou Speer<br>14322 Darschelle Court<br>Houston, Texas 77069 | By First Class Mail |
| | Mr. Christopher D. Johnson<br>McKool Smith<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002 | By E-Mail (cjohnson@mckoolsmith.com) and First Class Mail |



Mr. David J. Bradley
May 27, 2011
Page 3

| | |
|---|---|
| Mr. Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana Street, Suite 2550<br>Bank of America Center<br>Houston, Texas 77002-2772 | By E-Mail (mdurrschmidt@hirschwest.com)<br>and First Class Mail |
| Watermark Tortuga L.L.C.<br>c/o Mr. James Hunter<br>6511 Riva Ridge Drive<br>Richmond, Texas 77406 | By First Class Mail |
| Saracen Holdings, Inc.<br>c/o Mr. Michael Manners<br>17510 Red Oak Drive, Suite 100<br>Houston, Texas 77090 | By First Class Mail |
| Watermark Land LLC<br>Watermark Land LP<br>Mr. George Kopecky<br>21408 Provincial Boulevard<br>Katy, Texas 77450 | By First Class Mail |
| Mr. David C. Martin<br>Zukowski, Bresenhan & Sinex, LLP<br>1177 West Loop South, Suite 1100<br>Houston, Texas 77027 | By First Class Mail |