IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>ROYCE HOMES, L.P.,<br>    Debtor. | § § § § | CASE NO. 09-32467-H4-7<br>(Chapter 7) |
| RODNEY TOW, TRUSTEE,<br>    Plaintiff,<br><br>vs.<br><br>JOHN H. SPEER, AMEGY BANK, N.A.,<br>AMEGY MORTGAGE COMPANY, L.L.C.,<br>MICHAEL MANNERS,<br>DONNIE LOU SPEER, VESTALIA, L.L.C.,<br>HAMMERSMITH GROUP, L.L.C.,<br>f/k/a HAMMERSMITH GROUP, INC.,<br>PARK LAKE COMMUNITIES, L.P.,<br>WATERMARK LAND, L.L.C.,<br>WATERMARK LAND, L.P.,<br>WATERMARK TORTUGA, L.L.C.,<br>ALLARD INVESTMENT COMPANY,<br>L.L.C., DWM HOLDINGS, INC.,<br>MGM MOTOR SPORTS, L.L.C.,<br>SARACEN HOLDINGS, INC., and<br>GEORGE KOPECKY,<br>    Defendants. | § § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 11-03191 |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Amegy Bank National Association, a named defendant in the above captioned adversary proceeding, certified that the following entity holds 100% of its equity interests: Amegy Holding Delaware, Inc.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Amegy Mortgage Company, L.L.C., a named defendant in the above captioned adversary proceeding, certified that the following entity holds 100% of its equity interests: Amegy Bank National Association.

Dated: May 27, 2011.

Respectfully submitted,

By: _____
George R. Gibson
Texas Bar No. 00793802
Southern District of Texas No. 19879
Attorney-in-Charge for Amegy Bank National
Association and Amegy Mortgage Company,
L.L.C.
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
Telephone: 713.960.0303
Facsimile: 713.892.4800

OF COUNSEL:

NATHAN SOMMERS JACOBS
A Professional Corporation
Kent Altsuler
Texas Bar No. 24001646
Southern District of Texas No. 23424
Seth A. Miller
Texas Bar No. 24055977
Southern District of Texas No. 724733
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
Telephone: 713.960.0303
Facsimile: 713.892.4800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Corporate Ownership Statement was electronically transmitted to the District Clerk for the United States District Court, Southern District of Texas, for filing on May 27, 2011, and electronic notice was given to the following ECF registrants:

| | |
|---|---|
| Rodney Tow<br>Julie Koenig<br>Tow & Koenig, P.L.L.C.<br>26219 Oak Ridge Drive<br>The Woodlands, Texas 77380 | By E-Mail (rtow@towkoenig.com)<br>By E-Mail (jkoenig@towkoenig.com)<br>and First Class Mail |
| Michael Duncan<br>Cage Hill & Niehaus, L.L.P.<br>5851 San Felipe, Suite 950<br>Houston, Texas 77057 | By E-Mail (mikedunc@cagehill.com)<br>and First Class Mail |
| Erin E. Jones<br>Jones Morris Klevenhagen, L.L.P.<br>6363 Woodway, Suite 570<br>Houston, Texas 77057 | By E-Mail (erin@jmkllp.com)<br>and First Class Mail |
| Peter Johnson<br>Law Offices of Peter Johnson<br>Eleven Greenway Plaza, Suite 2820<br>Houston, Texas 77046 | By E-Mail (pjlawecf@pjlaw.com)<br>and First Class Mail |
| Steven Shurn<br>C. Ed Harrell<br>Hughes Watters Askanase, L.L.P.<br>333 Clay Street, 29th Floor<br>Houston, Texas 77002 | By E-Mail (sshurn@hwallp.com)<br>By E-Mail (eharrell@hwallp.com)<br>and First Class Mail |
| Hammersmith Group, L.L.C.<br>Park Lake Communities<br>c/o John H. Speer<br>16427 Telge Road<br>Cypress, Texas 77429-7029 | By First Class Mail |
| Donnie Lou Speer<br>14322 Darschelle Court<br>Houston, Texas 77069 | By First Class Mail |
| Christopher D. Johnson<br>McKool Smith | By E-Mail (cjohnson@mckoolsmith.com)<br>and First Class Mail |

| | |
|---|---|
| 600 Travis Street, Suite 7000<br>Houston, Texas 77002 | |
| Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana Street, Suite 2550<br>Bank of America Center<br>Houston, Texas 77002-2772 | By E-Mail (mdurrschmidt@hirschwest.com)<br>and First Class Mail |
| Watermark Tortuga L.L.C.<br>c/o James Hunter<br>6511 Riva Ridge Drive<br>Richmond, Texas 77406 | By First Class Mail |
| Saracen Holdings, Inc.<br>c/o Michael Manners<br>17510 Red Oak Drive, Suite 100<br>Houston, Texas 77090 | By First Class Mail |
| Watermark Land LLC<br>Watermark Land LP<br>George Kopecky<br>21408 Provincial Boulevard<br>Katy, Texas 77450 | By First Class Mail |
| David C. Martin<br>Zukowski, Bresenhan & Sinex, LLP<br>1177 West Loop South, Suite 1100<br>Houston, Texas 77027 | By First Class Mail |

_____
George R. Gibson

W:\Amegy Bank\Royce Homes - Adversary\Corp Ownership Stmt.wpd