Nathan Sommers Jacobs 

May 27, 2011

Mr. David J. Bradley                                                                                          By E-Filing
District Clerk
Southern District of Texas - Houston Division
515 Rusk, 1st floor
Houston, Texas 77002

    Re:    Case No. 09-32467-H4-7 (Chapter 7); *In Re: Royce Homes*, L.P., Debtor

            Adversary No. 11-03191; *Rodney Tow, Trustee vs. John H. Speer, Amegy Bank, N.A., Amegy Mortgage Company, L.L.C., Michael Manners, Donnie Lou Speer, Vestalia, L.L.C., Hammersmith Group, L.L.C. f/k/a Hammersmith Group, Inc., Park Lake Communities, L.P., Watermark Land, L.L.C., Watermark Land, L.P., Watermark Land, L.P., Watermark Tortuga, L.L.C., Allard Investment Company, L.L.C., DWM Holdings, Inc., MGM Motor Sports, L.L.C., Saracen Holdings, Inc., and George Kopecky*; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley:

Enclosed please find the following:

    **(1)**    **Corporate Ownership Statement.**

Please confirm receipt in accordance with your electronic filing procedures.

Thank you for your assistance.

                                                                   Sincerely,

                                                                     George R. Gibson

GRG:leo
Enclosures
W:\Amegy Bank\Royce Homes - Adversary\Court 02e.wpd

    c:    Notation on following pages

2800 Post Oak Boulevard    *tel*  (713) 960-0303
61st Floor    *fax*  (713) 892-4800    Direct: 713.892.4843
Houston, Texas 77056    www.nathansommers.com    E-Mail: ggibson@nathansommers.com



Mr. David J. Bradley
May 27, 2011
Page 2

c:     Mr. Rodney Tow     By E-Mail (rtow@towkoenig.com) and First Class Mail
    Ms. Julie Koenig     By E-Mail (jkoenig@towkoenig.com) and First Class Mail
    Tow & Koenig, P.L.L.C.
    26219 Oak Ridge Drive
    The Woodlands, Texas 77380

    Mr. Michael Duncan     By E-Mail (mikedunc@cagehill.com) and First Class Mail
    Cage Hill & Niehaus, L.L.P.
    5851 San Felipe, Suite 950
    Houston, Texas 77057

    Ms. Erin E. Jones     By E-Mail (erin@jmkllp.com) and First Class Mail
    Jones Morris Klevenhagen, L.L.P.
    6363 Woodway, Suite 570
    Houston, Texas 77057

    Mr. Peter Johnson     By E-Mail (pjlawecf@pjlaw.com) and First Class Mail
    Law Offices of Peter Johnson
    Eleven Greenway Plaza, Suite 2820
    Houston, Texas 77046

    Mr. Steven Shurn     By E-Mail (sshurn@hwallp.com) and First Class Mail
    Mr. C. Ed Harrell     By E-Mail (eharrell@hwallp.com) and First Class Mail
    Hughes Watters Askanase, L.L.P.
    333 Clay Street, 29th Floor
    Houston, Texas 77002

    Hammersmith Group, L.L.C.     By First Class Mail
    Park Lake Communities
    c/o Mr. John H. Speer
    16427 Telge Road
    Cypress, Texas 77429-7029

    Ms. Donnie Lou Speer     By First Class Mail
    14322 Darschelle Court
    Houston, Texas 77069

    Mr. Christopher D. Johnson     By E-Mail (cjohnson@mckoolsmith.com)
    McKool Smith     and First Class Mail
    600 Travis Street, Suite 7000
    Houston, Texas 77002

Case 11-03191   Document 71-1   Filed in TXSB on 05/27/11   Page 3 of 3



Mr. David J. Bradley
May 27, 2011
Page 3

| | |
|---|---|
| Mr. Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana Street, Suite 2550<br>Bank of America Center<br>Houston, Texas 77002-2772 | By E-Mail (mdurrschmidt@hirschwest.com)<br>and First Class Mail |
| Watermark Tortuga L.L.C.<br>c/o Mr. James Hunter<br>6511 Riva Ridge Drive<br>Richmond, Texas 77406 | By First Class Mail |
| Saracen Holdings, Inc.<br>c/o Mr. Michael Manners<br>17510 Red Oak Drive, Suite 100<br>Houston, Texas 77090 | By First Class Mail |
| Watermark Land LLC<br>Watermark Land LP<br>Mr. George Kopecky<br>21408 Provincial Boulevard<br>Katy, Texas 77450 | By First Class Mail |
| Mr. David C. Martin<br>Zukowski, Bresenhan & Sinex, LLP<br>1177 West Loop South, Suite 1100<br>Houston, Texas 77027 | By First Class Mail |