IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-32467-H4-7 |
| | § | |
| Royce Homes, L.P | § | CHAPTER 7 |
|     Debtor | § | |
| | § | |
| ***************************** | § | |
| | § | |
| Rodney Tow, Trustee | § | |
|     Plaintiff | § | |
| | § | Adversary No. 11-03191 |
| vs. | § | JURY DEMAND |
| | § | |
| John H. Speer, Amegy Bank, N.A., | § | |
| Amegy Mortgage Company LLC, | § | |
| Michael Manners, Donnie Lou Speer, | § | |
| Vestalia, LLC, Hammersmith Group, | § | |
| LLC f/k/a Hammersmith Group, Inc., | § | |
| Park Lake Communities, L.P., | § | |
| Watermark Land, LLC, Watermark | § | |
| Land, LP, Watermark Tortuga, LLC, | § | |
| Allard Investment Company, LLC., | § | |
| DWM Holdings, Inc., MGM Motor | § | |
| Sports, LLC, Saracen Holdings, Inc. and | § | |
| George Kopecky | § | |
|     Defendants. | § | |

**JURY DEMAND OF DEFENDANT DONNIE LOU SPEER**

Pursuant to Rule 38 of the FEDERAL RULES OF CIVIL PROCEDURE and Rule 9015 of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, Defendant Donnie Lou Speer ("Donnie Speer") hereby requests and demands a jury trial in the United States District Court. Defendant does not consent to a trial in the Bankruptcy Court.

Dated: May 27, 2011.

1

Dallas 323824v1

2

Respectfully submitted,

MCKOOL SMITH P.C.

By: */s/ Christopher D. Johnson*
    Christopher D. Johnson
    Texas Bar No. 24012913
    Nicholas Zugaro
    Texas Bar No. 24070905
    600 Travis, Suite 7000
    Houston, Texas 77002
    Telephone: (713) 485-7300
    Facsimile: (713) 485-7344

ATTORNEYS FOR DEFENDANT
DONNIE LOU SPEER

## CERTIFICATE OF SERVICE

     I hereby certify that on May 27, 2011, a true and correct copy of the foregoing document was served via DLR 5.1 and the ECF system to the parties on the ECF service and via First Class U.S. Mail, postage paid to the parties listed below:

**Counsel to the Chapter 7 Trustee**

Michael Duncan
Cage, Hill & Niehaus, L.L.P.
5851 San Felipe, Suite 950
Houston, TX 77057

Erin E. Jones
Jones Morris Klevenhagen, LLP
6363 Woodway, Suite 570
Houston, TX 77057

Julie Koenig and Rodney Tow
26219 Oak Ridge Drive
The Woodlands, TX 77380

*/s/ Christopher D. Johnson*
Christopher D. Johnson

2

Dallas 323824v1