IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-32467-H4-7 |
| ROYCE HOMES, L.P., | § | (Chapter 7) |
| Debtor. | § | |

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOHN H. SPEER, AMEGY BANK, N.A., | § | |
| AMEGY MORTGAGE COMPANY, L.L.C., | § | |
| MICHAEL MANNERS, | § | |
| DONNIE LOU SPEER, VESTALIA, L.L.C., | § | ADVERSARY NO. 11-03191 |
| HAMMERSMITH GROUP, L.L.C. | § | |
| f/k/a HAMMERSMITH GROUP, INC., | § | |
| PARK LAKE COMMUNITIES, L.P., | § | |
| WATERMARK LAND, L.L.C., | § | |
| WATERMARK LAND, L.P., | § | |
| WATERMARK TORTUGA, L.L.C., | § | |
| ALLARD INVESTMENT COMPANY, | § | |
| L.L.C., DWM HOLDINGS, INC., | § | |
| MGM MOTOR SPORTS, L.L.C., | § | |
| SARACEN HOLDINGS, INC., and | § | |
| GEORGE KOPECKY, | § | |
| Defendants. | § | |

## AMEGY BANK NATIONAL ASSOCIATION'S AND AMEGY MORTGAGE COMPANY, L.L.C.'S REQUEST FOR JURY TRIAL PURSUANT TO FED. R. CIV. P. 38

1.      Pursuant to FED. R. CIV. P. 38[1], Amegy Bank National Association and Amegy Mortgage Company, L.L.C., Defendants in the above-styled adversary proceeding (the "Adversary Proceeding"), demand that all issues raised by the pleadings in the Adversary Proceeding be tried

---

[1]      Pursuant to Rule 9015 of the Federal Rules of Bankruptcy Procedure ("Rule 9015"), FED. R. CIV. P. 38 and 39 apply in adversary proceedings such as this one. Pursuant to FED. R. CIV. P. 38(b) and Rule 9015, this request is being filed and transmitted in accordance with Rule 5005 of the Federal Rules of Bankruptcy Procedure and FED. R. CIV. P. 5(d).

before a jury in the United States District Court.  Amegy Bank National Association and Amegy

Mortgage Company, L.L.C., each, expressly do not consent to the entry of final orders or judgment

or conduct of a jury trial in this Adversary Proceeding by a bankruptcy judge.

      Dated:  May 28, 2011.

Respectfully submitted,

By: _____
      George R. Gibson
      Texas Bar No. 00793802
      Southern District of Texas No. 19879
      Attorney-in-Charge for Amegy Bank, N.A.
      and Amegy Mortgage Company, L.L.C.
      2800 Post Oak Boulevard, 61st Floor
      Houston, Texas 77056
      Telephone: 713.960.0303
      Facsimile:  713.892.4800

OF COUNSEL:

NATHAN SOMMERS JACOBS
A Professional Corporation
Kent Altsuler
Texas Bar No. 24001646
Southern District of Texas No. 23424
Seth A. Miller
Texas Bar No. 24055977
Southern District of Texas No. 724733
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
Telephone: 713.960.0303
Facsimile:  713.892.4800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Amegy Bank National Association's and Amegy Mortgage Company, L.L.C.'s Request for Jury Trial Pursuant to FED. R. CIV. P. 38 was electronically transmitted to the District Clerk for the United States District Court, Southern District of Texas, for filing on May 28, 2011, and electronic notice was given to the following ECF registrants:

| | |
|---|---|
| Rodney Tow | By E-Mail (rtow@towkoenig.com) |
| Julie Koenig | By E-Mail (jkoenig@towkoenig.com) |
| Tow & Koenig, P.L.L.C. | and First Class Mail |
| 26219 Oak Ridge Drive | |
| The Woodlands, Texas 77380 | |
| | |
| Michael Duncan | By E-Mail (mikedunc@cagehill.com) |
| Cage Hill & Niehaus, L.L.P. | and First Class Mail |
| 5851 San Felipe, Suite 950 | |
| Houston, Texas 77057 | |
| | |
| Erin E. Jones | By E-Mail (erin@jmkllp.com) |
| Jones Morris Klevenhagen, L.L.P. | and First Class Mail |
| 6363 Woodway, Suite 570 | |
| Houston, Texas 77057 | |
| | |
| Peter Johnson | By E-Mail (pjlawecf@pjlaw.com) |
| Law Offices of Peter Johnson | and First Class Mail |
| Eleven Greenway Plaza, Suite 2820 | |
| Houston, Texas 77046 | |
| | |
| Steven Shurn | By E-Mail (sshurn@hwallp.com) |
| C. Ed Harrell | By E-Mail (eharrell@hwallp.com) |
| Hughes Watters Askanase, L.L.P. | and First Class Mail |
| 333 Clay Street, 29th Floor | |
| Houston, Texas 77002 | |
| | |
| Christopher D. Johnson | By E-Mail (cjohnson@mckoolsmith.com) |
| McKool Smith | and First Class Mail |
| 600 Travis Street, Suite 7000 | |
| Houston, Texas 77002 | |

| | |
|---|---|
| Hammersmith Group, L.L.C.<br>Park Lake Communities<br>c/o John H. Speer<br>16427 Telge Road<br>Cypress, Texas 77429-7029 | By First Class Mail |
| Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana Street, Suite 2550<br>Bank of America Center<br>Houston, Texas 77002-2772 | By E-Mail (mdurrschmidt@hirschwest.com)<br>and First Class Mail |
| Watermark Tortuga L.L.C.<br>c/o James Hunter<br>6511 Riva Ridge Drive<br>Richmond, Texas 77406 | By First Class Mail |
| Saracen Holdings, Inc.<br>c/o Michael Manners<br>17510 Red Oak Drive, Suite 100<br>Houston, Texas 77090 | By First Class Mail |
| Watermark Land LLC<br>Watermark Land LP<br>George Kopecky<br>21408 Provincial Boulevard<br>Katy, Texas 77450 | By First Class Mail |
| David C. Martin<br>Zukowski, Bresenhan & Sinex, LLP<br>1177 West Loop South, Suite 1100<br>Houston, Texas 77027 | By First Class Mail |

_____
George R. Gibson

W:\Amegy Bank\Royce Homes - Adversary\Jury Demand.wpd

-4-