IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ROYCE HOMES, L.P., | § § | CASE NO. 09-32467 |
| DEBTOR. | § § | (Chapter 7) |
| RODNEY TOW, TRUSTEE, | § § | |
| PLAINTIFF, | § § | |
| VS. | § § | ADVERSARY 11-3191 |
| JOHN H. SPEER, AMEGY BANK, N.A., AMEGY MORTGAGE COMPANY, LLC, MICHAEL MANNERS, DONNIE LOU SPEER, VESTALIA, LLC, HAMMERSMITH GROUP, LLC, F/K/A HAMMERSMITH GROUP, INC., PARK LAKE COMMUNITIES, LP, WATERMARK TORTUGA, LLC, ALLARD INVESTMENT COMPANY, LLC, DWM HOLDINGS, INC., MGM MOTOR SPORTS, LLC, SARACEN HOLDINGS, INC., GEORGE KOPECKY, | § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

**HAMMERSMITH GROUP, LLC (F/K/A HAMMERSMITH GROUP, INC.) JURY DEMAND**
(relates to docket no. 1)

COMES NOW, Hammersmith Group, LLC (f/k/a Hammersmith Group, Inc.) ("Hammersmith") and hereby files its Jury Demand and states as follows:

1. On April 28, 2011, Rodney Tow, Chapter 7 trustee (the "Chapter 7 Trustee") filed an adversary complaint (the "Complaint") against the Defendants as listed above.

2. Hammersmith is listed as a Defendant in this Complaint.

3. Hammersmith has not filed a proof of claim in this case or otherwise invoked the equitable jurisdiction of this Court.

999999.277/970398.1

4. The claims against Hammersmith are noncore claims.

5. Although its answer to the Complaint is not due until May 31, 2011, and Hammersmith does not intend for this Pleading to constitute its answer, Hammersmith files this timely Jury Demand and in support thereof would show the Court as follows:

6. Rule 9015 of the Federal Rules of Bankruptcy Procedure, which expressly incorporates Rule 38 of the Federal Rules of Civil Procedure, authorizes Hammersmith to request a jury trial on any and all issues triable by a jury.  Many of the issues raised by the Chapter 7 Trustee in this Complaint contain factual allegations that are disputed by Hammersmith and are precisely those types of factual disputes that are traditionally submitted to a jury.

7. Although juries are not commonplace for Adversary Complaints, the United States Supreme Court has confirmed that a Defendant, like Hammersmith, is entitled to demand a jury trial on issues that are disputed in this situation.  *See*, *Langenkamp v. Culp*, 498 U.S. 42, 111 S.Ct. 330, 112 L.Ed.2d 343 (1990) (per curiam); *Granfinanciera S.A. v. Nordberg*, 492 U.S. 33, 109 S.Ct. 2782, 106 L.Ed.2d 26 (1989).

8. Hammersmith does not consent to a trial by jury conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Hammersmith respectfully prays that all parties take notice of this Jury Demand and, if necessary, that a hearing be held to address the issues, if any, associated with this Jury Demand.

999999.277/970398.1

Respectfully submitted this 31st day of May, 2011.

                HIRSCH & WESTHEIMER, P.C.

        By: /s/ Michael J. Durrschmidt
            Michael J. Durrschmidt
            Texas Bar No. 06287650
            700 Louisiana, Floor 25
            Houston, Texas 77002
            Telephone: 713-220-9165
            Facsimile:  713-223-9319
            E-mail: mdurrschmidt@hirschwest.com

Attorneys for Hammersmith Group, LLC

**Certificate of Service**

    I hereby certify that on the 31st day of May, 2011, a copy of the foregoing Jury Demand was sent to the following parties via first class mail, postage prepaid and/or via the Clerk of the Court through the ECF system.

            /s/ Michael J. Durrschmidt
            Michael J. Durrschmidt

Rodney Tow
Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380

Erin E Jones
Jones Morris LLP
6363 Woodway, Suite 570
Houston, Texas 77057

Julie Mitchell Koenig
Tow and Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380

Michael Duncan
Cage Hill & Niehaus
5851 San Felipe, Suite 950
Houston, Texas 77057

3

999999.277/970398.1

George R Gibson
Nathan Sommers Jacobs PC
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056

C Ed Harrell
Steven Douglas Shurn
Hughes Watters & Askanase
333 Clay, 29th Floor
Houston, Texas 77002

Donnie Lou Speer
14322 Darschelle Court
Houston, Texas 77069

Vestalia, LLC
c/o Capital Corporate Services
800 Brazos, Suite 400
Austin, Texas 78701

Watermark Land LLC
c/o George Kopecky
21408 Provincial Blvd.
Katy, Texas 77450

Watermark Land LP
c/o George Kopecky
21408 Provincial Blvd.
Katy, Texas 77450

Watermark Tortuga LLC
c/o James Hunter
6511 Riva Ridge Drive
Richmond, Texas 77406

Peter Johnson
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, Texas 77046

Allard Investment Company, LLC
c/o Michael Manners
17510 Red Oak Drive, Suite 100
Houston, Texas 77090

999999.277/970398.1

DMW Holdings, Inc.
c/o Michael Manners
17510 Red Oak Drive, Suite 100
Houston, Texas 77090

MGM Motor Sports, LLC
c/o Michael Manners
17510 Red Oak Drive, Suite 100
Houston, Texas 77090

Saracen Holdings, Inc.
c/o Michael Manners
17510 Red Oak Drive, Suite 100
Houston, Texas 77090

George Kopecky
21408 Provincial Blvd.
Katy, Texas 77450

999999.277/970398.1