IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Royce Homes, L.P.<br>    Debtor<br><br>***********************************<br><br>Rodney Tow, Trustee<br>    Plaintiff<br><br>vs.<br><br>John H. Speer, Amegy Bank, N.A., Amegy Mortgage Company LLC, Michael Manners, Donnie Lou Speer, Vestalia LLC, Hammersmith Group, LLC f/k/a Hammersmith Group, Inc., Park Lake Communities, L.P., Watermark Land, LLC, Watermark Land, LP, Watermark Tortuga, LLC, Allard Investment Company, LLC, DWM Holdings, Inc., MGM Motor Sports, L.L.C., Saracen Holdings, Inc. and George Kopecky<br>    Defendants | Case No. 09-32467-H4-7<br><br>CHAPTER 7<br><br>Adversary No. 11-03191<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS GEORGE KOPECKY, WATERMARK LAND, LLC F/K/A WATERMARK LAND, LP, AND WATERMARK TORTUGA, LLC'S REQUEST FOR JURY TRIAL

Pursuant to FED. R. CIV. P. 38 and FED. R. BANKR. P. 9015, Defendants George Kopecky, Watermark Land, LLC f/k/a Watermark Land, LLC, and Watermark Tortuga, LLC (the "Defendants") in the above styled adversary proceeding hereby demand that all issues raised in Trustee's Original Complaint against the Defendants be tried a jury in the United States District Court. Defendants do not consent to trial by jury in the Bankruptcy Court and do not consent to the entry of any final orders or judgments by the Bankruptcy Court.

Dated: May 31, 2011.

                                              Respectfully submitted,

                                                     /s/  Marc J. Magids       .
                                              MARC J. MAGIDS
                                              Texas Bar No. 12818500
                                              1177 West Loop South, Suite 1100
                                              Houston, Texas 77027
                                              713-965-9969
                                              713-963-9169 [Telecopier]
                                              ***ATTORNEY IN CHARGE FOR DEFENDANTS,***
                                              ***GEORGE KOPECKY,***
                                              ***WATERMARK LAND, LLC f/k/a WATERMARK***
                                              ***LAND, LP, and***
                                              ***WATERMARK TORTUGA, LLC***

**OF COUNSEL:**
**ZUKOWSKI, BRESENHAN & SINEX, L.L.P.**
PASCAL P. PIAZZA
Texas Bar No. 15966850
DAVID C. MARTIN
Texas Bar No. 24052202
1177 West Loop South, Suite 1100
Houston, Texas 77027
(713) 965-9969
(713) 963-9169 [Telecopier]

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing DEFENDANTS GEORGE KOPECKY, WATERMARK LAND, LLC F/K/A WATERMARK LAND, LP, AND WATERMARK TORTUGA'S REQUEST FOR JURY TRIAL was served the parties required by Local Bankruptcy Rule in this case, either by mailing a copy of the same to all parties entitled to notice by regular U.S. mail postage prepaid or by electronic notice pursuant to the Local Bankruptcy Rules on May 31, 2011.

**Peter Johnson**　　　　　　　　　　　　　　　　　　　　　　　　　　VIA ECF
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
713-961-1200
713-961-0941 (fax)
pjlawecf@pjlaw.com
*ATTORNEY FOR Allard Investment Company, LLC, DWM Holdings, Inc., MGM Motor Sports, LLC and Michael Manners*

**George R Gibson**　　　　　　　　　　　　　　　　　　　　　　　　　VIA ECF
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056-6102
713-892-4843
713-892-4840 (fax)
ggibson@nathansommers.com
*ATTORNEY FOR Amegy Bank, N.A. and Amegy Mortgage Company, LLC*

**Christopher Donald Johnson**　　　　　　　　　　　　　　　　　　　VIA ECF
McKool Smith P.C.
600 Travis St., Suite 7000
Houston, TX 77002
713-485-7315
713-485-7344 (fax)
cjohnson@mckoolsmith.com
*ATTORNEY FOR Donnie Lou Speer*

**Steven Douglas Shurn and C. Ed Harrell**　　　　　　　　　　　　　VIA ECF
Hughes Watters and Askanase
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002
713-759-0818
713-759-6834 (fax)
sshurn@hwallp.com
*ATTORNEYS FOR John H. Speer and Vestalia, LLC*

| | |
|---|---|
| **Michael Duncan** | VIA ECF |
| Cage Hill & Niehaus | |
| 5851 San Felipe, Suite 950 | |
| Houston, TX 77057 | |
| 713-789-0500 | |
| mikedunc@cagehill.com | |

**Erin E Jones**  VIA ECF
Jones Morris, LLP
6363 Woodway Suite 570
Houston, TX 77057
713-589-5061
713-589-5513 (fax)
erin@jonesmorris.com

**Julie Mitchell Koenig and Rodney Dwayne Tow**  VIA ECF
Tow and Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380
281-681-9100
281-681-1441 (fax)
jkoenig@towkoenig.com
rtow@towkoenig.com
*ATTORNEYS FOR TRUSTEE, RODNEY TOW*

**Hammersmith Group, LLC**  VIA FIRST CLASS MAIL
c/o John H. Speer
16427 Telge Road
Cypress, Texas 77429-7029

**Park Lake Communities**  VIA FIRST CLASS MAIL
c/o John H. Speer
16427 Telge Road
Cypress, Texas 77429

**Saracen Holdings, Inc.**  VIA FIRST CLASS MAIL
c/o Michael Manners
17510 Red Oak Dr. Suite 100
Houston, Texas 77090

   /s/ Marc J. Magids   .