UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **ROYCE HOMES, LP** | § | Chapter 7 Case 09-32467 |
| *Debtor* | § | |
| | § | |
| **RODNEY TOW, TRUSTEE** | § | |
| *Plaintiffs* | § | Adversary No. **11-03191** |
| vs. | § | |
| **JOHN H. SPEER, ET AL** | § | |
| *Defendants* | § | |

# ORDER GRANTING DEFENDANTS MICHAEL MANNERS, ALLARD INVESTMENT COMPANY, LLC, DWM HOLDINGS, INC. AND MGM MOTOR SPORTS, LLC'S 7012(b)(6) MOTION TO DISMISS TRUSTEES' COMPLAINT
**[This instrument pertains to Docket #____]**

Upon the Motion dated May 31, 2011 (the "Motion") of *Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. and MGM Motor Sports, LLC*. Defendants *Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. and MGM Motor Sports, LLC* to Dismiss Trustee's Complaint as to such Defendants and all responses thereto, it is hereby

ORDERED that the Motion to Dismiss Trustee's Complaint as to Defendant *Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. and MGM Motor Sports, LLC*. Defendants *Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. and MGM Motor Sports, LLC* is granted; it is further

ORDERED that this is a Final Judgment.

Reserve Judge Signature

*Jeff Bohm*
*United States Bankruptcy Judge*

**Entry Requested:**

**Law Offices Of Peter Johnson**
Eleven Greenway Plaza, Suite 2820
Post Office Box 980877
Houston, Texas 77098-0877
(713) 961.1200 (telephone)
(713) 961.0941 (facsimile)
pjohnson@pjlaw.com

By: /s/ Peter Johnson
     Peter Johnson SBT 10778400

**COUNSEL FOR MOVANTS**