IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, L.P., | § | CASE NO. 09-32467-H4-7 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| _____ | § | |
| | § | |
| RODNEY D. TOW, | § | |
| CHAPTER 7 TRUSTEE | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 11-03191 |
| v. | § | |
| | § | |
| JOHN H. SPEER, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING DEFENDANT VESTALIA, LLC'S MOTION TO DISMISS
TRUSTEE'S ORIGINAL COMPLAINT (DOCKET NO. 1)**

Came on for consideration Defendant Vestalia LLC's Motion to Dismiss Plaintiff's Complaint (Docket No. 1) ("*Motion to Dismiss*") and after consideration of the Motion, response, and arguments of counsel, if any, finds that cause exists to grant the motion. It is therefore,

ORDERED, ADJUDGED and DECREED that Vestalia LLC's Motion to Dismiss is GRANTED and Plaintiff's claims against Vestalia LLC are dismissed with prejudice.

Signed this _____ day of _____, 2011.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

2

HUGHES WATTERS ASKANASE, LLP

 /s/ C. Ed Harrell
C. Ed Harrell        TBN: 09042500
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
eharrell@hwa.com
ATTORNEYS FOR DEFENDANT
VESTALIA, LLC

OF COUNSEL:
HUGHES WATTERS ASKANASE, LLP
Simon Mayer  TBN: 24060243
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
smayer@hwa.com