IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Royce Homes, L.P. | § | |
|     Debtor | § | |
| | § | |
| ********************************* | § | |
| | § | Case No. 09-32467-H4-7 |
| Rodney Tow, Trustee | § | |
|     Plaintiff | § | CHAPTER 7 |
| | § | |
| vs. | § | |
| | § | |
| John H. Speer, Amegy Bank, N.A., Amegy Mortgage Company LLC, Michael Manners, Donnie Lou Speer, Vestalia LLC, Hammersmith Group, LLC f/k/a Hammersmith Group, Inc., Park Lake Communities, L.P., Watermark Land, LLC, Watermark Land, LP, Watermark Tortuga, LLC, Allard Investment Company, LLC, DWM Holdings, Inc., MGM Motor Sports, L.L.C., Saracen Holdings, Inc. and George Kopecky | § | Adversary No. 11-03191 |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
|     Defendants | § | |

## RECOMMENDATION OF WITHDRAWAL OF REFERENCE FOR ADVERSARY PROCEEDING 11-03191
### [This instrument pertains to Docket #_____]

Came this day the Motion to Withdraw the Reference of Defendants George Kopecky, Watermark Land, LLC f/k/a Watermark Land, LP and Watermark Tortuga, LLC in the above styled adversary proceeding, being submitted to this Court for recommendation to the United States District Court.

After a review of the pleadings and argument of Counsel, the Court finds that good cause exists under 28 U.S.C. § 157(d) to withdraw the reference of the above styled adversary

proceeding for the following reasons: (1) the Defendants timely requested a jury trial, have not waived their right to a jury trial, and are entitled to a jury trial on all issue raised against them in this adversary proceeding; (2) the Defendants do not consent to a jury trial in the Bankruptcy Court; (3) the adversary proceeding is predominately non-core; and (4) judicial efficiency would be enhanced by the immediate withdrawal of the reference.

**RECOMMENDED** that the reference be immediately withdrawn in this adversary proceeding.

SIGNED this ___ day of _____, 2011.

_____
**Jeff Bohm**
**United States Bankruptcy Judge**

**ENTRY REQUESTED:**
ZUKOWSKI, BRESENHAN & SINEX, L.L.P.
Marc J. Magids
Texas Bar No. 12818500
David C. Martin
Texas Bar No. 24052202
Pascal P. Piazza
Texas Bar No. 15966850
1177 West Loop South, Suite 1100
Houston, Texas 77027
(713) 965-9969
(713) 963-9169 (facsimile)
mail@zbsllp.com
david.martin@zbsllp.com
ppp@zbsllp.com

By:    /s/ Marc J. Magids    .

COUNSEL FOR MOVANTS