UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | • | CASE NO: |
| ROYCE HOMES, L.P. | • | 09-32467 |
|    Debtor | • | |
| | | |
| RODNEY D. TOW, CHAPTER 7 TRUSTEE | • | ADVERSARY NO: |
| | • | 11-03191 |
|    Plaintiff | • | |
| vs. | • | |
| JOHN H. SPEER, ET AL | • | |
|    Defendants | • | |

**NOTICE SETTING HEARING**

A hearing is scheduled for  August 19, 2011 at 9:30 a.m. , in Courtroom 600, 6th floor, Bob Casey Federal Courthouse, 515 Rusk Street, Houston, Texas to consider the following matters,

#59 - John H. Speer's Motion to Withdraw The Reference
#60 - Vestalia, LLC's Motion to Withdraw The Reference
#69 - Defendants Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. And MGM Motor Sports, LLC's Motion for Withdrawal of Reference
#70 - Amegy Bank National Association's and Amegy Mortgage Company, L.L.C.'s Motion to Dismiss Certain Claims In Trustee's Original Complaint Pursuant to FRCP 12
#77 - Motion of Donnie Lou Speer To Withdraw The Reference
#81 - Donnie Lou Speer's Motion to Dismiss The Complaint
#82 - Defendants' Motion to Withdraw The Reference
#83 - Motion to Require The Trustee To Replead His Complaint To Comply With Rule 7008 of the FRBP, Alternatively Motion for Extension of Time To Answer
#84 - Defendants Michael Manners, Allard Investment Company, LLC, DWM Holdings, Inc. and MGM Motor Sports, LLC's Motion to Dismiss
#85 - Defendant Vestalia, LLC's Motion to Dismiss Trustee's Original Complaint
#86 - Defendant John Speer's Motion to Dismiss Plaintiff's Complaint
#87 - Amegy Bank National Association's and Amegy Mortgage Company, L.L.C.'s Motion for Withdrawal of the Reference Pursuant to 28 U.S.C. Section 157, FRBP 5001, and BLR 5011-1
#88 - Defendants George Kopecky, Watermark Land, LLC f/k/a Watermark Land, L.P. and Watermark Tortuga, LLC's Motion to Withdraw Reference

DATE: June 29, 2011          JEFF BOHM
                             United States Bankruptcy Judge


                             Robin Stennis  |  Case Manager
                             cmA679@tsx.uscourts.gov