UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br> ROYCE HOMES, L.P. <br> <br> Debtor | • <br> • <br> • <br> • | CASE NO: <br> 09-32467 |
| RODNEY TOW, TRUSTEE <br> <br> Plaintiff <br> <br> vs. <br> <br> JOHN H. SPEER, <br> AMEGY BANK N.A., <br> ET AL <br> Defendants | • <br> • <br> • <br> • <br> • <br> • <br> • <br> • <br> • <br> • <br> • | ADVERSARY NO: <br> 11-03191 |

**NOTICE SETTING HEARING**

A hearing is scheduled for  August 19, 2011  at 9:30 a.m. , in Courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk Street, Houston, Texas to consider,

#108 - Amegy Bank N.A.'s and Amegy Mortgage Company, L.L.C.'s Motion to Dismiss Certain Claims In Trustee's First Amended Complaint
#109 - Donnie Lou Speer's Motion to Dismiss The Amended Complaint
#113 - Defendant Vestalia, LLC's Motion to Dismiss Plaintiff's First Amended Complaint
#114 - Defendant John Speer's Motion to Dismiss Plaintiff's First Amended Complaint
#118 - Certain Defendants' Motion to Abate The Comprehensive Scheduling, Pretrial, And Trial Order

DATE: July 14, 2011                    JEFF BOHM
                                       United States Bankruptcy Judge


                                       Robin Stennis  |  Case Manager
                                       cmA679@tsx.uscourts.gov