UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **ROYCE HOMES, LP** | § | Chapter 7 Case **09-32467** |
| *Debtor* | § | |
| | § | |
| **RODNEY TOW, TRUSTEE** | § | |
| *Plaintiffs* | § | Adversary No. **11-03191** |
| vs. | § | |
| | § | |
| **JOHN H. SPEER, ET AL** | § | |
| *Defendants* | § | |

# DEFENDANT SARACEN HOLDINGS GP, LLC'S DEMAND FOR JURY TRIAL AND NON-CONSENT FOR BANKRUPTCY JURY TRIAL
[*Refers to Docket #89*]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, **Saracen Holdings GP, LLC** and hereby files this Demand for Jury Trial in accordance with Federal Rule of Civil Procedure 38 including, but not limited to, issues related to breach of partnership agreement, break of fiduciary duty, civil theft, conversion, turnover, unjust enrichment, equitable subordination, constructive trust, fraud and fraudulent transfers.

Defendant does not consent to the bankruptcy judge conducting the jury trial in this matter.

Dated: July 20, 2011.

                LAW OFFICE OF PETER JOHNSON

                */s/ Peter Johnson*
      By: _____
           Peter Johnson
           State Bar No. 10778400
           Eleven Greenway Plaza, Suite 2820
           Houston, Texas 77046
           pjohnson@pjlaw.com
           Telephone (713) 961-1200
           ATTORNEY FOR SARACEN HOLDINGS GP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Demand for Jury Trial was served the parties required by Local Bankruptcy Rule in this case, either by mailing a copy of the same to all parties entitled to notice on the attached service listing by regular U.S. mail postage prepaid or by electronic notice pursuant to the Local Bankruptcy Rules on July 20, 2011.

*/s/ Peter Johnson*

_____
PETER JOHNSON

*SERVICE LIST PURSUANT TO LOCAL RULE 9013*

**11-03191**                                                              **Trustee vs. John H. Speer,** *et al*

\*indicates electronic service-LBR 1001(b)- (Admin Proc CMF/ECF- III-E)

**PLAINTIFF COUNSEL:**

\* Michael Duncan on behalf of Plaintiff Rodney Tow
mikedunc@cagehill.com

\* Erin E Jones on behalf of Plaintiff Rodney Tow
erin@jonesmorris.com

\* Julie Mitchell Koenig on behalf of Plaintiff Rodney Tow
jkoenig@towkoenig.com, sziegler@towkoenig.com;cgloria@towkoenig.com

\* Rodney Dwayne Tow on behalf of Plaintiff Rodney Tow
rtow@towkoenig.com, ecf@trustesolutions.com

**OTHER PARTIES:**

\*Michael J Durrschmidt on behalf of Defendant Hammersmith Group, LLC
mdurrschmidt@hirschwest.com, bhowell@hirschwest.com;lnguyen@hirschwest.com

\*George R Gibson on behalf of Defendant Amegy Bank, N.A.
ggibson@nathansommers.com, lopio@nathansommers.com

\*C Ed Harrell on behalf of Defendant Vestalia, LLC
eharrell@hwallp.com, kconn@hwa.com

\*Christopher Donald Johnson on behalf of Defendant Donnie Speer
cjohnson@mckoolsmith.com, nsauter@mckoolsmith.com

\*Marc J Magids on behalf of Defendant Watermark Land LLC
mail@zbllp.com, mail@zbsllp.com

\*Steven Douglas Shurn on behalf of Defendant Vestalia, LLC
sdsecf@hwallp.com

\*Pascal Piazza on behalf of Defendant George Kopecky
ppp@zbsllp.com