

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/05/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, L.P., | § | CASE NO. 09-32467-H4-7 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |
| RODNEY D. TOW, | § | |
| CHAPTER 7 TRUSTEE | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 11-03191 |
| v. | § | |
| | § | |
| JOHN H. SPEER, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

On this day came on to be considered Vestalia, LLC's and Rodney Tow, Chapter 7 Trustee's Agreed Motion to Extend Certain Deadlines. Based upon the agreement of Vestalia and the Trustee as set forth in the Motion, the Court is of the opinion that the Motion should be granted. It is therefore

**ORDERED** that the Trustee shall have twenty-one days from the earlier of the entry of an order denying the Trustee's Motion to Reconsider [dkt. no. 181], or from the entry of any subsequent order ruling on Vestalia's Motion to Dismiss [dkt. no. 113] to file an amended complaint making factual allegations that, if accepted as true by this Court, would satisfy the elements required for a constructive fraudulent transfer claim under TUFTA or an actual fraud cause of action under TUFTA and DUFTA; and it is further

2081870

1

**ORDERED** that if the Trustee chooses not to file such an amended complaint but rather requests this Court in a written pleading to make a report and recommendation to the District Court the Trustee shall have twenty-one days from the earlier of the entry of an order denying the Trustee's Motion to Reconsider [dkt. no.181], or from the entry of any subsequent order ruling on Vestalia's Motion to Dismiss [dkt. no. 113] to file such pleading; it is further

**ORDERED** that Vestalia is granted an extension of fourteen days from the earlier of the entry of an order denying the Trustee's Motion to Reconsider [dkt. no. 181], or from the entry of any subsequent order ruling on Vestalia's Motion to Dismiss [dkt. no. 113] to file a response to the Amended Complaint.

SIGNED this 5th day of October, 2011.

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

PREPARED & SUBMITTED BY:

/s/ Steven Shurn
C. Ed Harrell
Texas Bar No. 09042500
eharrell@hwa.com
Steven Shurn
Texas Bar No. 24013507
sshurn@hwa.com
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834
ATTORNEY FOR VESTALIA, LLC

- and -

2081870                                                                                                          2

*/s/ Erin E. Jones – Signed by permission /s/ Steven Shurn*
Erin E. Jones
Texas Bar No. 24032478
Jones Morris Klevenhagen, LLP
6363 Woodway, Suite 570
Houston, TX 77057
Telephone: (713) 589-5061
Telecopier: (713)589-5513

Rodney Tow
Texas State Bar No. 20152500
Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380
Telephone: 281-681-9100
Facsimile: 281-681-1441

Michael Duncan
Texas Bar No. 06218700
Cage, Hill & Niehaus, L.L.P.
5851 San Felipe, Suite 950
Houston, TX 77057
Telephone: (713) 789-0500
Telecopier: (713) 974-0344

ATTORNEYS FOR THE TRUSTEE